UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

## CRIMINAL MINUTES - GENERAL

| Case No. | CR 99-270-CAS | | Date | Dec. 17, 2013 |
|---|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | | |
| Interpreter | N/A | | | |

| Catherine Jeang | Not Present | Jennifer Chou, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| ADEL YOSEF DARDOON | NOT | X | | TAREK SHAWKY | NOT | | X |

**Proceedings:**  **(In Chambers:)** EX PARTE APPLICATION FOR EXTENSION OF TIME (Dkt. #384, filed Dec. 16, 2013)

   A hearing on defendant's motion to dismiss is currently schedule for December 23, 2013. On December 16, 2013, the government filed an ex parte application seeking an extension of time to file its opposition and a continuance of the hearing date on the motion.

   In the application, the government states that current government counsel were assigned to this case on November 19, 2013, after prior counsel retired from the United States Attorney's Office. App. at 3. Additionally, the government states that defendant's motion contains numerous factual claims regarding foreign relations among Israel, the Palestinian Authority, and the United States. Id. at 3-4. The government states that it requires additional time to investigate these claims. Id. at 4-5. Finally, according to the government, government counsel as well as the current case agent will by unavailable during various times in late December 2013 and early January 2014. Id. at 5.

   Based on the foregoing, the Court finds that good cause exists to continue the hearing date on this motion, as well as the due date for the government's opposition. Accordingly, the government's ex parte application is hereby GRANTED. The hearing on defendant's motion to dismiss is continued until **January 27, 2014** at **1:30 P.M.** The government's opposition shall be due on **January 6, 2014**, and defendant's reply, if any, shall be due on **January 13, 2014**.

   IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Deputy Clerk | | CMJ |