# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

O

## CRIMINAL MINUTES - GENERAL

| Case No. | CR 99-270-CAS | | Date | January 2, 2014 |
|---|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | | |
| Interpreter | N/A | | | |

| Catherine Jeang | Laura Elias | Jennifer Chou |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| ADEL YOSEF DARDOON | NOT | X | | TAREK SHAWKY | NOT | | X |

**Proceedings:**  **(In Chambers:)** EX PARTE APPLICATION FOR EXTENSION OF TIME (Dkt. #389, filed Dec. 31, 2013)

A hearing on defendant's motion to dismiss is currently scheduled for January 27, 2014. The government's opposition to defendant's motion is currently due on January 6, 2014. On December 31, 2013, the government filed an ex parte application seeking an extension of time to file its opposition. According to the government, defense counsel opposes this application.

In the application, the government states that it has encountered difficulties speaking to various government officials during the winter holidays, and it is necessary to contact these officials in order to prepare an opposition to defendant's motion. App. at 4-5. The government also states that defendant's motion contains numerous exhibits, some of which are in Arabic and Hebrew. Id. at 4. The government states that it requires additional time to translate and authenticate these documents. Id.

Based on the foregoing, the Court finds that good cause exists to grant the government's request for an extension of time to file its opposition. Accordingly, the government's ex parte application is hereby GRANTED. The government's opposition shall be due on **January 20, 2014**, and defendant's reply, if any, shall be due on **January 27, 2014**. On its own motion, the Court hereby CONTINUES the hearing date on defendant's motion until **February 3, 2014**, at 1:00 pm.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Deputy Clerk | | CMJ |